# IN THE SUPREME COURT OF THE STATE OF NEVADA

KARL WILLIAM SCHENKER,
                    Appellant,

vs.

THE STATE OF NEVADA,
                    Respondent.

No. 73485

**FILED**

MAR 0 5 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is an appeal from an order denying a petition for a writ of mandamus ordering "the state of Nevada in relation to NDOC to provide the petitioner when indigient (sic) at zero costs and without recovery upon future monies posted to trust account with paper, pen and legal postage; and/or option no. two for the NDOC to discharge two hundred U.S. dollars from Petitioner's own NDOC savings account transferred to his trust two inmate account so he can defend this above-referenced instant criminal case." Second Judicial District Court, Washoe County; A. William Maupin, Judge.

Appellant has filed a motion to voluntarily dismiss the appeal. Cause appearing, the motion is granted, and we

ORDER this appeal DISMISSED.

_____, J.
Cherry

_____, J.
Parraguirre

_____, J.
Stiglich

18-08492

cc: Chief Judge, The Second Judicial District Court
Hon. A. William Maupin, Senior Justice
Karl William Schenker
Attorney General/Carson City
Washoe County District Attorney
Washoe District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A